UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| VOLKSWAGEN GROUP OF AMERICA CHATTANOOGA OPERATIONS, LLC, | Case No. 3:19-cv-11759 |
| Plaintiff, | Hon. Robert H. Cleland |
| v. | |
| GILL INDUSTRIES, INC., | |
| Defendant. | |

| | |
|---|---|
| Todd A. Holleman (P57699) | |
| Morgan L. Lear (P83072) | James R. Peterson (P43102) |
| Attorneys for Plaintiff | Miller Johnson |
| Miller Canfield Paddock & Stone PLC | Attorneys for Defendant |
| 150 W. Jefferson Ave., Ste. 2500 | 45 Ottawa Ave. SW, Ste. 1100 |
| Detroit, MI  48226 | Grand Rapids, MI 49503 |
| (313) 496-7668 | (616) 831-1700 |
| holleman@millercanfield.com | petersonj@millerjohnson.com |
| lear@millercanfield.com | |

## Notice Of Appearance

James R. Peterson enters his appearance as counsel for Gill Industries, Inc.

Dated:  July 10, 2019         By:     /s/ James R. Peterson
                                      James R. Peterson (P43102)
                                      MILLER JOHNSON
                                      45 Ottawa Ave. SW, Ste. 1100
                                      Grand Rapids, MI  49503
                                      (616) 831-1700
                                      petersonj@millerjohnson.com

2

## Certificate of Service

James R. Peterson certifies that, on July 10, 2019, the foregoing Notice of Appearance was served upon the attorney(s) of record pursuant to this Court's electronic e-filing system.

Dated:  July 10, 2019    By:   /s/ James R. Peterson
James R. Peterson (P43102)
MILLER JOHNSON
45 Ottawa Ave. SW, Ste. 1100
Grand Rapids, MI  49503
(616) 831-1700
petersonj@millerjohnson.com

2

MJ_DMS 30872810v1 31749-18