UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

VOLKSWAGEN GROUP OF AMERICA
CHATTANOOGA OPERATIONS, LLC,
a Tennessee limited liability corporation,

    Plaintiff,

v.

GILL INDUSTRIES, INC.
a Michigan corporation,

    Defendant.

Case No. 3:19-cv-11759

Hon. Robert H. Cleland

| | |
|---|---|
| Miller, Canfield, Paddock and Stone, PLC<br>Todd A. Holleman (P57699)<br>Morgan L. Lear (P83072)<br>150 West Jefferson, Suite 2500<br>Detroit, Michigan  48226<br>(313) 496-7668<br>holleman@millercanfield.com<br>*Attorneys for Plaintiff* | Miller Johnson<br>James R. Peterson (P43102)<br>45 Ottawa Ave SW, Suite 1100<br>Grand Rapids, MI 49503<br>(616) 831-1700<br>petersonj@millerjohnson.com<br>*Attorneys for Defendant* |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Volkswagen Group of America Chattanooga Operations, LLC hereby gives notice of its voluntary dismissal of this action, without prejudice and without costs.  All costs of filing and service have been paid and no answer or motion pursuant to Federal Rule of Civil Procedure 8, 12, or 56 has been served upon the Plaintiff by the Defendant as of the date of this notice.

        Respectfully submitted,

        Miller, Canfield, Paddock and Stone, P.L.C.


        By: /s/Todd A. Holleman
            Todd A. Holleman (P57699)
        150 West Jefferson, Suite 2500
        Detroit, MI 48226
        (313) 963-6420
        holleman@millercanfield.com
        *Attorneys for Plaintiff*

Dated: July 17, 2019


## **CERTIFICATE OF SERVICE**

I hereby certify that on July 17, 2019, I electronically filed the foregoing document with the Clerk of the Court using the ECF system which will send notification of such filing to all attorneys of record.


        /s/Todd A. Holleman
        Miller, Canfield, Paddock and Stone, PLC
        150 West Jefferson, Suite 2500
        Detroit, MI 48226
        (313) 963-6420
        holleman@millercanfield.com

34018408.1\147342-00018